## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Madeline Kane, et al.

                              Plaintiff,

v.                                                                                        Case No.: 1:22−cv−06476
                                                                                                   Honorable Mary M. Rowland

Loyola University Of Chicago

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 1, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Counsel appeared telephonically. For the reasons stated on the record, Plaintiffs' unopposed motion for leave to file first amended complaint [30] is granted. Plaintiffs should file the amended complaint by 3/15/23. Responsive pleading due 4/5/23. Defendant's motion to dismiss [12] is denied without prejudice. Plaintiffs' motion for extension of time [32] is denied as moot. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.