# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Madeline Kane, et al.

                        Plaintiff,

v.                                                      Case No.: 1:22–cv–06476

                                                              Honorable Jeremy C. Daniel

Loyola University Of Chicago

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 9, 2025:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [170], which confirms that the parties have set a date for plaintiff Appiagyei–Dankah's deposition. Defendant's motion to compel [167] is therefore denied as moot, and the status hearing set for 12/10/2025 at 9:00am [169] is stricken. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.