UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Madeline Kane, et al.
                                              Plaintiff,

v.                                                      Case No.: 1:22–cv–06476
                                                            Honorable Jeremy C. Daniel

Loyola University Of Chicago
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 18, 2025:

      MINUTE entry before the Honorable Heather K. McShain: Defendant's motion for leave to file a reply in support of its motion to compel [174] is denied without prejudice. If the Court requires further party input on the pending motion, it will request further briefing or set the matter for a motion hearing. The Court has reviewed the parties' separate status reports [175, 176], the filing of which was occasioned by the parties' disagreement as to the matters to be included in the joint status report requested by the Court and how those matters were to be framed. See [175] 1 n.1. The parties are admonished for violating the Court's minute entry of 10/14/2025 [157], which required the parties to file a "joint" status report, and the parties are cautioned that the Court will not review further individual status reports in lieu of a joint status report from both sides. If the parties cannot agree on the contents of the status report, each side should include a succinct summary of the relevant issue(s) and its position as to the issue(s). The parties are further admonished that a joint status report is not the appropriate venue to argue discovery disputes or to request that the opposing side comply with outstanding discovery requests. Plaintiffs' request for a status conference with the Court is denied, as it is readily apparent that the parties need to meet and confer about the outstanding discovery issues before they are ripe for presentation to the Court. A single joint status report on the same topics as the instant report is due on 02/06/2026. The parties must meet and confer telephonically or by videoconference at least two days before filing the report regarding the contents of the report. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.