**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Madeline Kane, et al.
                          Plaintiff,

v.                                             Case No.: 1:22–cv–06476
                                                     Honorable Jeremy C. Daniel

Loyola University Of Chicago
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 29, 2025:

      MINUTE entry before the Honorable Heather K. McShain: Defendant's motion to compel [166] is granted in part and denied in part. Enter Order. Plaintiffs must fully respond to all interrogatories and requests for production at issue, without regard to any objections, no later than 01/13/2026. By 01/20/2026, plaintiffs must show cause why they should not be required to pay the attorney fees and costs defendant incurred in bringing this motion to compel. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.