# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Madeline Kane, et al.

                              Plaintiff,

v.                                                  Case No.: 1:22–cv–06476

                                                          Honorable Jeremy C. Daniel

Loyola University Of Chicago

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 12, 2026:

      MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiffs' motion to dismiss certain claims [195] is granted. Plaintiffs Catherine Ann Cappello's and Jane Doe N's claims against defendant Loyola University Chicago are dismissed with prejudice. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.