**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Madeline Kane, et al.

Plaintiff,

v.

Case No.: 1:22−cv−06476
Honorable Jeremy C. Daniel

Loyola University Of Chicago

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 25, 2026:

MINUTE entry before the Honorable Heather K. McShain: For good cause shown, and in light of the pending motion to compel, defendant's motion to modify the scheduling order [222] is granted. The Court strikes the current briefing schedule for dispositive motions [198] and will reset it after ruling on plaintiffs' motion to compel. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.