**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Madeline Kane, et al.

Plaintiff,

v.

Case No.: 1:22−cv−06476
Honorable Jeremy C. Daniel

Loyola University Of Chicago

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2026:

MINUTE entry before the Honorable Heather K. McShain: Plaintiffs' motion to compel institutional discovery [211] is denied. Enter Order. Defendant's motion for leave to file response to plaintiff's motion to compel [212] is denied as moot. The Court resets the briefing schedule for dispositive motions as follows: Defendant's motions due by 10/23/2026. Plaintiffs' responses due by 12/07/2026. Defendants' replies due by 01/06/2027. Any request to modify the briefing schedule for dispositive motions should be addressed to the District Judge. On review of the parties' joint status report [224], the deadline to complete expert discovery is 01/11/2027. A joint status report is due on 11/30/2026 to update the Court on: (a) the progress of expert discovery; (b) the status of settlement discussions, if any; and (c) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.