**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Madeline Kane, et al.
Plaintiff,
v.
Loyola University Of Chicago
Defendant.

Case No.: 1:22−cv−06476
Honorable Jeremy C. Daniel

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 5, 2026:

MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiffs' motion to strike [269] is denied. The defendants' motion to seal [271] is granted. The parties shall submit the name and email address of an individual who will upload courtesy copies to the Court's box.com account. The parties shall submit that information to the Court's proposed order inbox on or before November 6, 2026. The defendant shall upload a courtesy copy of each motion for summary judgment to the Court's box.com account by November 10, 2026. Each motion for summary judgment will have its own folder identified by docket number. The start of each file name shall be its corresponding docket number, e.g. "232−2 Exhibit B" or "266−7." The defendant shall upload each motion and supporting materials to the folder. All materials related to a motion for summary judgment shall be in one place; the Court will not move from folder to folder to locate supporting materials. The Court modifies the dispositive motion schedule as follows: responses are due on or before January 5, 2027; replies are due on or before February 2, 2027. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.